UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

REBECCA HALE                                          PLAINTIFF

V.                          CIVIL ACTION NO. 3:23-CV-2969-KHJ-MTP

THE BOARD OF SUPERVISORS OF            DEFENDANTS
HINDS COUNTY, MISSISSIPPI, et al.

### FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment dismissing Plaintiff Rebecca Hale's claims against the Hinds County Board of Supervisors with prejudice, dismissing Hale's Section 1983 claims against Hinds County with prejudice, and dismissing Hale's Mississippi Tort Claims Act claims against Hinds County without prejudice. This case is closed.

SO ORDERED AND ADJUDGED, this 9th day of December, 2024.

                                                      s/ *Kristi H. Johnson*
                                                      UNITED STATES DISTRICT JUDGE